IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELSA ROBERTS,

        Plaintiff,                         No. 2:12-cv-2506 MCE CKD

      vs.

KAISER FOUNDATION HOSPITAL, et al.,

        Defendants.                 ORDER

_____/

        This matter was initially referred to the magistrate judge for pretrial management because plaintiff was proceeding pro se. See Local Rule 302(c)(21). By order filed February 14, 2013, counsel was substituted in for plaintiff. Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred back to the District Judge assigned to this action;

        2. All dates pending before the undersigned are vacated; and

/////

/////

1

1    3.  Henceforth the caption on documents filed in this action shall be

2 No. 2:12-cv-2506 MCE CKD.

3 Dated: February 25, 2013

4                   _____

5                 CAROLYN K. DELANEY
                  UNITED STATES MAGISTRATE JUDGE

6

7 4 roberts2506.ref

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26