1  McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2  Matthew K. Hawkins, #131117
Loura N. Erickson, #258371
3  1150 Ninth Street, Suite 1200
Modesto, California 95354
4  Telephone:   (209) 524-1100
Facsimile:   (209) 524-1188

5

6  Attorneys for Defendants THE PERMANENTE
MEDICAL GROUP, INC., RONALD CARETTI,
TRACY NUNES and SHIRLEY HANSON

7

8  Nageley, Meredith & Miller, Inc.
Andrea M. Miller, #88992
8801 Folsom Boulevard, Suite 172
9  Sacramento, CA 95826
Telephone:   (916) 386-8282
10  Facsimile:   (916) 386-8952

11  Attorneys for Plaintiff ELSA ROBERTS

12                    UNITED STATES DISTRICT COURT

13           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14

15  ELSA ROBERTS,                          Case No. 2:12-CV-02506-MCE-CKD

16          Plaintiff,                     **STIPULATION FOR PROTECTIVE
                                           ORDER AND [~~PROPOSED~~] ORDER**
17       v.

18  THE PERMANENTE MEDICAL GROUP,
19  INC. aka TPMG, INC., a California
Corporation, RONALD CARRETTI,  TRACY
20  NUNES, SHIRLEY HANSON and DOES 1
through 20,

21

22          Defendants.

23

24          The parties hereto, through their respective counsel, stipulate to the following protective order.

25          1.      CONFIDENTIAL INFORMATION.  The parties consider any and all records or

26  documents produced in response to discovery requests in this case to be Confidential Information,

27  subject to agreement by the parties that the designation should be removed from specified documents.

28          /////

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1150 NINTH ST., SUITE 1200
MODESTO, CA 95354

STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER

2.     PRODUCTION OF CONFIDENTIAL INFORMATION.  Promptly upon this order being entered, filed, and served on the parties, all records produced since the inception of this litigation and any further document production, will be subject to this protective order.

3.     LIMITATION ON DISCLOSURE OF CONFIDENTIAL INFORMATION.  Except with the prior written consent of all the other parties, or upon order of this Court, Confidential Information must not be disclosed to any person other than:

a.     the Court and Court personnel;

b.     the court reporter and videographer (if any) present at any hearing or deposition;

c.     counsel for the respective parties to this litigation, including employees and associates of counsel;

d.     spouses and immediate family of the individually named parties;

e.     persons who authored, prepared, or received the Confidential Information in a context outside this litigation;

f.     the named parties to this litigation, to include any officer or employee of the TPMG, to the extent deemed necessary by counsel for the prosecution or defense of this litigation;

g.     percipient witnesses;

h.     consultants or expert witnesses retained for the prosecution or defense of this litigation.

4.     LIMITATION ON USE OF CONFIDENTIAL INFORMATION.  Persons receiving Confidential Information must not reveal or discuss that information to or with any person who is not entitled to receive the information, except as set forth in this order.

5.     COPIES OF CONFIDENTIAL INFORMATION.  This order does not restrict a person who is properly in the possession of Confidential Information from (1) making working copies, abstracts, digests, and analyses of Confidential Information for use in connection with this litigation or (2) converting or translating Confidential Information into machine readable form for incorporation in a data retrieval system used in connection with this litigation.  Any such copies, abstracts, digests,

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1150 NINTH ST., SUITE 1200
MODESTO, CA 95354

2
STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER

1  analyses, or data compilations have the same level of protection under the terms of this order as the

2  Confidential Information from which they are derived.  (3) Further, this order does not restrict a

3  person who is properly in the possession of Confidential Information from using Confidential

4  Information in support of Motions which are filed through the course of this litigation.  Any

5  documents filed with Motions with the Court will be pursuant to Eastern District of California Local

6  Rule 141.1.

7       6.       ALL CONFIDENTIAL INFORMATION TO BE USED ONLY FOR THIS CASE.

8  All Confidential Information must be used by the party or parties to whom the Confidential

9  Information is produced solely for the purpose of this case.

10      7.       CONCLUSION OF LITIGATION.  The conclusion of this action is defined as 30 days

11 after the expiration of the time to appeal or challenge any final judgment or settlement.  All provisions

12 of this order restricting the communication or use of Confidential Information continue to be binding

13 after the conclusion of this action, unless otherwise agreed or ordered.

14

15 Dated: December _9, 2013                McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP
16

17

18 By:/S/ _____
                                              Matthew K. Hawkins
19                                            Loura N. Erickson
                                              Attorneys for Defendants
20                                          THE PERMANENTE MEDICAL
                                            GROUP, INC., RONALD CARETTI,
21                                           TRACY NUNES and SHIRLEY
                                                    HANSON

22 Dated: December _6, 2013                NAGELEY, MEREDITH, & MILLER, INC.

23

24 By:/S/ _____

25                                              Andrea M. Miller
                                              Attorneys for Plaintiff
26                                               ELSA ROBERTS

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1150 NINTH ST., SUITE 1200
MODESTO, CA 95354

3
STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER

1

2                                    **ORDER**

3        The Stipulation having been reviewed by the Court and good cause shown:

4        **IT IS SO ORDERED.**

5

6   **Dated:  December 17, 2013**

7                                    _____
                                     CAROLYN K. DELANEY
8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1150 Ninth St., Suite 1200
Modesto, CA 95354

4
STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER