ANDREA M. MILLER [SBN: 088992]
JANET M. MEREDITH [SBN: 155100]
**NAGELEY, MEREDITH & MILLER, INC.**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Plaintiff ELSA ROBERTS

MATHEW K. HAWKINS [SBN: 131117]
LOURA N. ERICKSON [SBN: 258371]
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:  (209) 524-1100
Facsimile:   (209) 524-1188

Attorneys for Defendants THE PERMANENTE MEDICAL GROUP, INC. aka TPMG, INC., RONALD CARRETTI, TRACY NUNES, SHIRLEY HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA ROBERTS,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THE PERMANENTE MEDICAL GROUP, INC. et al.,<br><br>                    Defendants. | **Case No.:  2:12-cv-02506-CKD**<br><br>**ORDER GRANTING THE PARTIES' REQUEST TO REVISE SCHEDULING ORDER ENTERED JANUARY 29, 2014**<br><br>**TRIAL DATE:  OCTOBER 20, 2014** |

**ORDER**

The Court, having read the foregoing Stipulation between the parties, hereby Orders that pursuant to the Stipulation filed concurrently herewith, the dates are rescheduled as follows:

| Activity | Date |
|---|---|
| Percipient Discovery Cut-Off | 08/27/2014 |
| Expert Witness Reports | 08/25/2014 |

| Activity | Date |
|---|---|
| Expert Discovery Cut-Off | 09/24/2014 |
| Last Day to Hear Dispositive Motions | 10/22/2014 |
| Pretrial Conference Report(s) Due | 01/14/2015 |
| Pretrial Conference | 01/28/2015 |
| Jury Trial (10 days) | 02/23/2015 |

**IT IS SO ORDERED.**

Dated:  February 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE