ANDREA M. MILLER [SBN: 88992]
JANET M. MEREDITH [SBN: 155100]
**NAGELEY, MEREDITH & MILLER, INC.**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Plaintiff ELSA ROBERTS

MATHEW K. HAWKINS [SBN: 131117]
LOURA N. ERICKSON [SBN: 258371]
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
1150 Ninth Street, Suite 1200
Modesto, CA 95354
Telephone: (209) 524-1100
Facsimile: (209) 524-1188

Attorneys for Defendants THE PERMANENTE MEDICAL GROUP, INC., RONALD CARRETTI, TRACY NUNES, SHIRLEY HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELSA ROBERTS,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE PERMANENTE MEDICAL GROUP, INC. aka TPMG, INC., a California Corporation, RONALD CARRETTI, TRACY NUNES, SHIRLEY HANSON  ,<br><br>          Defendants. | **Case No.:  2:12-cv-02506-CKD**<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE SCHEDULING ORDER ENTERED FEBRUARY 24, 2014**<br><br>*Hon. Judge Carolyn Delaney* |

On February 24, 2014, Magistrate Judge Delaney entered an Order rescheduling the above-captioned matter.  Due to unavoidable delays resulting from personal family matters involving a member of plaintiff's trial team, the parties now believe that they cannot complete the tasks necessary to have this matter ready for trial on the scheduled

1  date of February 23, 2015, and respectfully stipulate to and request that the matter be
2  rescheduled as follows:

| Activity | Present Date | Proposed Date |
|---|---|---|
| Percipient Discovery Cut-off | 08/27/2014 | 10/29/2014 |
| Expert Witness Reports | 08/25/2014 | 10/29/2014 |
| Expert Discovery Cut-Off | 09/24/2014 | 11/26/2014 |
| Last Day to Hear Dispositive Motions | 10/22/2014 | 1/14/2015 |
| Pretrial Conference Reports Due | 01/14/2015 | 03/18/3015 |
| Pretrial Conference | 01/28/2015 | 03/25/2015 |
| Jury Trial (10 days) | 02/23/2015 | 04/27/2015 |

The parties hereby stipulate that the foregoing proposed dates are convenient to all parties for the completion of this action.

DATED:  August 25, 2014              **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**

                                     s/ Matthew K. Hawkins
                                     By_____
                                         MATTHEW K. HAWKINS
                                         Attorneys for Defendants
                                     THE PERMANTENT MEDICAL GROUP, INC., RONALD CARETTI, TRACY NUNES, SHIRLEY HANSON

DATED:  August 25, 2014              **NAGELEY, MEREDITH & MILLER, INC.**

                                     s/ Andrea M. Miller
                                     By: _____
                                         ANDREA M. MILLER
                                         Attorney for Plaintiff ELSA ROBERTS

- 2 –
Stipulation And [Proposed] Order To Revise Scheduling Order Entered February 24, 2014;
Case No. 2:12-Cv-02506-CKD

**ORDER**

The Court, having read the foregoing Stipulation between the parties, hereby Orders that, pursuant to that Stipulation the dates for the completion of this litigation shall be those reflected as modified above to accommodate the court's calendar.

**IT IS SO ORDERED.**

Dated:  August 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE