Nageley Meredith & Miller, Inc.
Andrea M. Miller, #88992
Janet M. Meredith, #155100
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone:    (916) 386-8282
Facsimile:    (916) 386-8952

Attorneys for Plaintiff ELSA ROBERTS

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Matthew K. Hawkins, #131117
Loura N. Erickson, #258371
1125 I Street, Suite 1
Modesto, California 95354
Telephone:    (209) 524-1100
Facsimile:    (209) 524-1188

Attorneys for Defendants THE PERMANENTE
MEDICAL GROUP, INC., RONALD CARETTI,
TRACY NUNES and SHIRLEY HANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ELSA ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, INC. aka TPMG, INC., a California Corporation, RONALD CARRETTI, TRACY NUNES, SHIRLEY HANSON and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 2:12-CV-02506 CKD<br><br>**STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER**<br><br>*Hon. Judge Carolyn Delaney* |

WHEREAS:

1.　　Defendants THE PERMANENTE MEDICAL GROUP, INC., RONALD CARETTI, TRACY NUNES, and SHIRLEY HANSON intend to file a Motion for Summary Judgment in this matter.

2.　　Pursuant to the current scheduling order, the last day to hear dispositive motions is January 14, 2015.

---

1

STIPULATION AND PROPOSED ORDER MODIFYING THE SCHEDULING ORDER
- Case No. 2:12-CV-02506-MCE-CKD

3. Under this date, Defendants would be required to file and serve their Motion for Summary Judgment no later than December 14, 2014. Plaintiff would be required to oppose the Motion no later than December 31, 2014.

4. The parties have previously stipulated to extend the deadline for discovery cut-off to allow Plaintiff to depose Plaintiff's treating physician, Dr. Hellman, who was not available within the existing schedule. Dr. Hellman's deposition is currently scheduled for January 8, 2015.

5. To allow Plaintiff the opportunity to depose Dr. Hellman prior to opposing Defendants' Motion for Summary Judgment, the parties stipulate and request that the court extend the deadline for hearing dispositive motions to February 4, 2015.

6. In addition, the parties previously stipulated to extend the date for Expert Designation and Witness reports from October 29, 2014 to December 31, 2014. The parties further stipulate that the parties shall be permitted to designate additional experts and reports, if the evidence is intended solely to contradict or rebut evidence on a previously designated expert, pursuant to F.R.C.P. Rule 26(f) or no later than January 31, 2015.

**SO STIPULATED**:

Dated: December 2, 2014                         McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP


                                                By:     /s/ Loura N. Erickson
                                                        Matthew K. Hawkins
                                                        Loura N. Erickson
                                                Attorneys for Defendants THE PERMANENTE
                                                MEDICAL GROUP, INC., RONALD CARETTI,
                                                TRACY NUNES and SHIRLEY HANSON

Dated: December 2, 2014                         NAGELEY, MEREDITH & MILLER, INC.


                                                By:     /s/ Andrea M. Miller
                                                        Andrea M. Miller
                                                Attorneys for Plaintiff ELSA ROBERTS

BASED ON THE FOREGOING, AND GOOD CAUSE APPEARING:

1. The last day to hear dispositive motions will be February 4, 2015.

2. The parties will be permitted to supplementally designate experts pursuant to F.R.C.P. Rule 26(f), or no later than January 31, 2015.

**IT IS SO ORDERED**:

Dated:  December 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE